UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEEKO ORLANDO DANIELS, | Case No.   1:26-cv-00255-EPG |
| Plaintiff, | ORDER REQUIRING SUPPLEMENT AS TO IFP MOTION |
| v. | (ECF No. 2) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ORDER DIRECTING CLERK OF COURT TO MODIFY DOCKET |
| Defendant. | (ECF No. 1, p. 2) |

Plaintiff Neeko Orlando Daniels proceeds *pro se* in this lawsuit filed under 42 U.S.C. § 1983, which alleges violations of Plaintiff's constitutional rights in connection with his incarceration at Corcoran State Prison. (ECF No. 1). Although Plaintiff lists a private address in Los Angeles, California in his complaint as his address (ECF No. 1, p. 1), his motion to proceed *in forma pauperis* (IFP) states that he is incarcerated at Corcoran State Prison (ECF No. 2, p. 1), suggesting that he is in fact currently incarcerated.

Whether Plaintiff is incarcerated or not is relevant to ruling on his IFP motion and to the legal rules that govern screening. *See* 28 U.S.C. § 1915A (providing for screening of "a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity"). Further, the Court requires a correct address for Plaintiff to ensure filings in this case are received.

1

Accordingly, IT IS ORDERED as follows:

1. By no later than February 13, 2026, Plaintiff shall file a supplement in support of his IFP motion stating his current mailing address, stating whether he is incarcerated, and if so, identifying the address where he is currently confined.

2. Failure to comply with this order, or any court order, may result in sanctions, including the dismissal of this case.

3. Lastly, the Clerk of Court shall modify the docket to change Defendant's name from: "California Department of Corrections and Rehabilitations" to "California Department of Corrections and Rehabilitation." (ECF No. 1, p. 2).

IT IS SO ORDERED.

Dated:   **January 14, 2026**                  /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE