**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEEKO ORLANDO DANIELS, | Case No. 1:26-cv-0255 KES EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER; AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | Doc. 13 |

Neeko Orlando Daniels seeks to hold the California Department of Corrections and Rehabilitation ("CDCR") liable for violations of his civil rights, including failure to protect him from being assaulted by other inmates. *See generally* Doc. 1. The magistrate judge screened the complaint and found Daniels failed to state any cognizable claim against the CDCR. Daniels was granted leave to amend and was also informed that, alternatively, he could notify the Court that he wished to stand on the complaint. Doc. 11. Daniels did not respond to the Screening Order.

On April 27, 2026, the magistrate judge issued findings and recommendations incorporating the findings of the Screening Order and recommending dismissal for failure to state a claim. Doc. 13 at 2-7. The magistrate judge also found Daniels failed to prosecute the action and failed to comply with the Court's order, for which terminating sanctions were appropriate. *Id.* at 7-8. The Court served these findings and recommendations on Daniels with a notice that

1

any objections were to be filed within 30 days. *Id.* at 9. Daniels did not file objections, and the time to do so expired.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued April 27, 2026 (Doc. 13) are ADOPTED in full.

2. This action is DISMISSED with prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 18, 2026

_____
UNITED STATES DISTRICT JUDGE